# EXHIBIT A

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-295-595

**Effective Date of Registration:**
March 11, 2022
**Registration Decision Date:**
April 18, 2022

## Title

    **Title of Work:** 1968 Skull Mask a/k/a Skull and Glow Skull

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** January 23, 2013
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Trick or Treat Studios, Inc.
    **Author Created:** sculpture, 3D Mask
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** TTS IP Holdings, LLC
    1005 17th Ave., Santa Cruz, CA, 95062, United States
    **Transfer statement:** By written agreement

## Rights and Permissions

    **Name:** Kurt Koenig
    **Email:** kurt@incip.com
    **Telephone:** (805)965-4400
    **Address:** 920 Garden St.
    Santa Barbara, CA 93101 United States

## Certification

Page 1 of 2

**EXHIBIT A**

**Name:** Kurt Koenig
**Date:** March 11, 2022
**Applicant's Tracking Number:** 3092-103

---

Page 2 of 2
**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-295-955

**Effective Date of Registration:**
March 11, 2022
**Registration Decision Date:**
April 19, 2022



## Title

        **Title of Work:** Hagatha the Witch Mask

## Completion/Publication

        **Year of Completion:** 2013
    **Date of 1st Publication:** January 23, 2013
  **Nation of 1st Publication:** United States

## Author

-           **Author:** Trick or Treat Studios, Inc.
      **Author Created:** sculpture, 3D Mask
   **Work made for hire:** Yes
         **Citizen of:** United States
       **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** TTS IP Holdings, LLC
                                  1005 17th Ave., Santa Cruz, CA, 95062, United States
    **Transfer statement:** By written agreement

## Rights and Permissions

              **Name:** Kurt Koenig
             **Email:** kurt@incip.com
       **Telephone:** (805)965-4400
          **Address:** 920 Garden St.
                          Santa Barbara, CA 93101 United States

## Certification

**EXHIBIT A**

**Name:** Kurt Koenig
**Date:** March 11, 2022
**Applicant's Tracking Number:** 3092-102

Page 2 of 2
**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**