# EXHIBIT B

EXHIBIT B



**EXHIBIT B**





**EXHIBIT B**



**EXHIBIT B**



**EXHIBIT B**



**EXHIBIT B**



**EXHIBIT B**



**EXHIBIT B**